AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

GIUSEPPE BELLITTO

**WARRANT FOR ARREST**

CASE NUMBER **00-6309**

CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GIUSEPPE BELLITTO _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit

in violation of Title _18_ United States Code, Section(s) 1962(d), 1955, 892, 894

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*[signature]* Denny Butler
Signature of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial detention

by BARRY S. SELTZER *[signature]*
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |