# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**DEFT:** Giuseppe Bellitto (J)#  
**CASE NO:** 00-6309-CR-Seitz  
**AUSA:** Brian McCormick/Diana Fernandez  
**ATTY:** Wender, Charles (temp)  
**AGENT:** pts  
**VIOL:** 18:1962,1963,1955,1956,1957, 1511,894,892  
**PROCEEDING:** Initial Appearance  
**BOND REC:**  
**COUNSEL APPOINTED:**  

FILED by D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**BOND HEARING HELD -** yes/no  
**BOND SET @**  
**CO-SIGNATURES:**  
**SPECIAL CONDITIONS:**

On tenus m/unseal Granted

Advised of Charges

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House ____ Electronic Monitoring

**NEXT COURT APPEARANCE:** DATE: / TIME: / JUDGE:
**INQUIRY RE COUNSEL:** 10/31 / 10 / Miami Duty
**PTD/BOND HEARING:** 10/31 / 10 / Miami Duty
**PRELIM/ARRAIGN OR REMOVAL:** 10/31 / 10 / "
**STATUS CONFERENCE:**

DATE: 10-26-00   TIME: 11:00am   TAPE # 00-083   PG # @ around 600 end 1821

#32
H1