UNITED STATES OF AMERICA,  :  UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
v.                         :
                              CASE NO. 00 6309 CR Seitz
Steve Raffa, et. al.       :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW __Giuseppe Bellitto__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __CHARLES WENDER__

Counsel's Signature _[signature]_

Address __190 W Palmetto Park Rd__
__Boca Raton__                Zip Code: __33432__

Telephone __561 368-7004__

#47
H/