UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
OCT 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| Plaintiff | 00-6309-CR-Seitz |
| v. | |
| GIUSEPPE BELLITTO | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | 27426-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will
be indicated as "N/A".

1. Date and time of arrest:  10-26-00   5:03 AM

2. Spoken Language:  ENGLISH

3. Offense(s) charged:  TITLE 18, Sec: 1962(d), 1955, 892, 894

4. U.S. Citizen      ☐ YES      ☒ NO      ☐ UNKNOWN

5. Date of birth:  4-10-49

6. Type of charging document: (Check One)

    ☒ INDICTMENT          ☐ COMPLAINT TO BE FILED/ALREADY FILED

    CASE NO. _____        CASE NO. _____

    DISTRICT: _____   (Where warrant or complaint is filed.)

    ☐ BENCH WARRANT FOR FAILURE TO APPEAR

    ☐ PROBATION VIOLATION WARRANT

    ☐ PAROLE VIOLATION WARRANT

    COPY OF WARRANT LEFT WITH BOOKING OFFICER:   ☐ YES   ☐ NO

    AMOUNT OF BOND. _____

    WHO SET BOND. _____

7. REMARKS: _____

8. DATE: _____        9. _____
                                          ARRESTING OFFICER

10. AGENCY: _____      11. _____
                                          PHONE NO.

#54
H~