AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  512649

UNITED STATES OF AMERICA

V.

GIUSEPPE BELLITTO

**WARRANT FOR ARREST**

CASE NUMBER: **00-6309 CR-SEITZ**

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GIUSEPPE BELLITTO__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, illegal gambling business, conspiracy to make extortionate extensions of credit, conspiracy to use extortionate means to collect extortionate extensions of credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 1955, 892, 894__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __Pre-trial detention__

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Soutnerh District of Florida | SIGNATURE OF ARRESTING OFFICER *[signature]* Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 10/26/00 | | |

#118