routine minutes form

**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by ___ D.C.
OCT 27 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Unsealed 11/8/00

Case No. 00-6309-Cr      Date 10/27/00
Clerk L. Webb            Reporter R. Kaufman
USPO No                  Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg        Defense Counsel _____

Defendant(s): Present ___  Not Present _X_  In Custody ___

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____  Time _____  For _____

149/8

```
[docket0]                    CIVIL/CRIMINAL                    [wdktext]
4. Queries                      Docketing


  Docket #    : 0:00-cr-6309                                         BLG
  Short Title: USA              v. Raffa
  Type: cr         Judge: Seitz          Magistrate:
-----------------------------------------------------------------------

-----------------------------------------------------------------------
            Summary of Event that Created the Document

  Filed      Entry Date  Last Update      History ID    Docketed by
  10/27/00    11/1/00    **/**/**          4266734          sp
     +------------------------------------------------------------+
       SEALED DOCUMENT



    +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # 149