UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE No. 00-6309-CR-SEITZ

vs.

GIUSEPPE BELLITTO

**Stipulated**
**ORDER DENYING REQUEST FOR**
**PRE-TRIAL DETENTION**

_____/

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

✓ Personal Surety, unsecured, in the amount of $ 100K . co-signed by brother Frank Bellitto

___ Personal Surety in the amount of $_____ with __% posted with the Clerk of the Court.

___ Full Cash in the amount of $_____.

✓ Corporate Surety in the amount of $ 100K / Nebbia satisfied by U.S.

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
(✓) Surrender all travel documents to Pretrial Services Office.
( ) Report to Pretrial Services ____ times/week in person ____ times/week by phone.
( ) Curfew imposed 7 days a week, from ____ to ____ a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other dangerous weapons.
( ) Maintain/actively seek full-time gainful employment or educational program.
( ) Defendant may travel to _____ in connection with charges pending in that District; otherwise, travel is restricted to SD/Fla.
( ) Stay away from commercial transportation facilities or marinas.
(✓) Electronic monitoring; expenses to be paid by the defendant.
(✓) Comply with the following additional special conditions of this bond: 24 hr house arrest, no contact w/victims, witnesses ↓ *
If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____.

DONE AND ORDERED at Miami, Florida this 31st day of OCTROBER 2000.

Tape No: 2000D-
c: U.S. Attorney
   Defense Counsel
   U.S. Pretrial Services
   U.S. Marshal Service

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

* except thru csl, or convicted felons, may leave home for medical emergency only otherwise must receive prior approval from PTS to visit with csl

#170
HA