UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GIUSEPPE BELLITTO,

    Defendant.
_____/

### GOVERNMENT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

    The United States of America, through its undersigned attorney, respectfully files this unopposed motion to modify the conditions of bond concerning the defendant Giuseppe Bellitto, and in support thereof states as follows:

    1. On October 31, 2000, Magistrate-Judge Stephen T. Brown set bail in this case for the defendant in the amount of $100,000 corporate surety bond and $100,000 personal surety bond. As an added condition of bond, the defendant was placed on 24-hour house arrest with electronic monitoring at the defendant's expense, coupled with other conditions.

    2. The government has agreed to request to the Court that the condition of the 24-hour house arrest be deleted from the defendant's bond conditions.

3. The government and the defendant agree that all other terms and conditions of the bond previously set on October 31, 2000, shall remain in full force and effect.

4. Charles Wender, the defendant's attorney, joins in this motion filed by the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this 22nd day of November, 2000.

Charles Wender, Esquire
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GIUSEPPE BELLITTO,

    Defendant.
_____/

### ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE having come before the Court on the government's unopposed motion to modify the conditions of bond regarding defendant Giuseppe Bellitto, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the previously imposed condition of 24-hour house arrest placed upon the defendant is hereby removed, until further Order of the Court, it is further

ORDERED and ADJUDGED that all other terms and conditions of the bond set by this Court on October 31, 2000, shall remain in full force and effect until further Order of the Court.

DONE and ORDERED at Miami, Florida, this _____ day of _____, 2000.

                                              STEPHEN T. BROWN
                                              UNITED STATES MAGISTRATE JUDGE

cc: AUSA J. Brian McCormick
    Charles Wender, Esquire