UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GIUSEPPE BELLITTO,

        Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
NOV 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE having come before the Court on the government's unopposed motion to modify the conditions of bond regarding defendant Giuseppe Bellitto, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the previously imposed condition of 24-hour house arrest placed upon the defendant is hereby removed, until further Order of the Court, it is further

ORDERED and ADJUDGED that all other terms and conditions of the bond set by this Court on October 31, 2000, shall remain in full force and effect until further Order of the Court.

DONE and ORDERED at Miami, Florida, this 28th day of November, 2000.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA J. Brian McCormick
    Charles Wender, Esquire

#253