UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/BROWN

NIGHT BOX
FILED

JAN 11 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GIUSEPPE BELLITTO,

    Defendant.
_____/

### GOVERNMENT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

The United States of America, through its undersigned attorney, respectfully files this unopposed motion to modify the conditions of bond concerning the defendant Giuseppe Bellitto, and in support thereof states as follows:

1. On October 31, 2000, Magistrate-Judge Stephen T. Brown set bail in this case for the defendant in the amount of $100,000 corporate surety bond and $100,000 personal surety bond. As an added condition of bond, the defendant was placed on 24-hour house arrest with electronic monitoring at the defendant's expense, coupled with other conditions.

2. On November 22, 2000, the government filed an unopposed motion to modify conditions of bond, in which the government requested that the condition of the 24-hour house arrest be deleted from the defendant's bond conditions.



3. On November 28, 2000, the court entered an Order deleting the condition of 24-hour house arrest from the defendant's bond.

4. At the time that the Order was entered, the government did not include the additional condition that the defendant report to the Pretrial Service officer as directed although both parties assumed that that was a condition of bond.

5. The government has since been informed that because the defendant was placed on 24-hour house arrest, the defendant was not required to report to the Pretrial service officer.

6. The government requests that the bond of the defendant include the condition that the defendant report to the Pretrial Service officer as directed by that agency.

7. The undersigned attorney has been advised by counsel for defendant Bellitto that the defendant does not object to the modification of the defendant's bond.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this 11th day of January, 2001.

Charles Wender, Esquire
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY