UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

GIUSEPPE BELLITTO,

_____/

FILED by ___ D.C.
JAN 22 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C.§ 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Stephen T. Brown to take all necessary and proper action regarding the Government's Unopposed Motion to Modify Conditions of Bond.

This matter is not currently set for trial.

DONE AND ORDERED this 19th day of January, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Stephen T. Brown
Brian McCormick, AUSA
Charles Wender, Esq.