UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GIUSEPPE BELLITTO,

    Defendant.
_____/

### ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE having come before the Court on the government's unopposed motion to modify the conditions of bond regarding defendant Giuseppe Bellitto, and there being no objection by the defendant, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the bond previously set shall be modified to require as a further condition for release that the defendant shall report to the Pretrial Service officer as directed by that Office, it is further

ORDERED and ADJUDGED that all other terms and conditions of the bond shall remain in full force and effect until further Order of the Court.

DONE and ORDERED at Miami, Florida, this 24th day of January, 2001.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA J. Brian McCormick
    Charles Wender, Esquire