UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

GIUSEPPE BELLITTO
        Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No: 29426-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

        Tel. No:

Defense Counsel:  Name: CHARLES WENDER ESQ.

        Address:
        190 W. PALMETTO PARK ROAD
        BOCA RATON, FL., 33432

        Tel. No: (561)368-7004

Bond Set/Continued:    $100,000 CSB & $100,000 PSB

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1100