UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

      Plaintiff,

\`.

JOHN MAMOME, et al.,

      Defendants.

_____/

## ORDER RE SPEEDY TRIAL

This Cause came before the Court *sua sponte*. At the status conference held on February 6, 2001, it was agreed by all parties that this matter would be set for trial on February 11, 2002. In an abundance of caution, it is

ORDERED that the period from February 6, 2001, to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C, §3161(h)(8)(A). This Court finds that the ends of justice served by setting the trial in February, 2002, outweigh the best interest of the public and the defendants in a speedy trial.

DONE AND ORDERED in Miami, Florida this _23rd_ day of April, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All parties on Service List

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131

John R. Howes, Esq.
633 S.E. 3rd Avenuem Suite 4F
Fort Lauderdale, FL 33301

Ana Jhones, Esq.
330 Biscayne Blvd.
Suite 625
Miami, FL 33132

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144

Don Spadaro, Esq.
1000 South Federal Highway
Suite 103
Fort Lauderdale, FL 33316

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131

John F. Cotrone, Esq
509 S.E. 9th Street, Suite 1
Fort Lauderdale, FL 33316

Charles Wender, Esq
190 West Palmetto Park Road
Boca Raton, FL 33483

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394

Peter Raben, Esq.
2665 South Bayshore Drive
Suite 120
Miami, FL 33131

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131

Brian Bieber, Esq.
2600 South Douglas Road
PH 1
Coral Gables, FL 33134

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301

Charles White, Esq.
2250 S.W. 3rd Avenue
Suite 150
Miami, FL 33129

Philip Horowitz, Esq.
12651 South Dixie Highway
Suite 328
Miami, FL 33156

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301

Michael Tarre, Esq.
Two South Biscayne Blvd.
Suite 3250
Miami, FL 33131