CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
MAY 23 2001

Case No. 00-6309-Cr   Date 5/22/01
Clerk L. Webb   Reporter D. Ehrlich
USPO ___   Interpreter ___
USPTS ___

AUSA Brian McCormick   Def. Atty. All As represented.

United States of America v. Mamone, et al.

Defendant(s): Present ___   Not Present X   In Custody ___
Reason for Hearing Status Conference.

Results of Hearing Aug 30 - cut off for motions.
Gov't response due 30 days (9/30/01)
Gov't may supersede and add 1-2 more
defendants.
Parties to meet to propose narrowing
issues on joint defense, to protect
Δ's interest.

Misc. Δs may meet with each other as
long as each one's counsel is present.
Rothman will submit order approved
by Gov't.

437
PS