UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

FILED by _____ D.C.
JUL 0 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

GUISEPPE BELLITTO,
_____/

### NOTICE SETTING CHANGE OF PLEA

PLEASE TAKE NOTICE that the above Defendant is set for Change of Plea on **July 20, 2001 at 1:00 p.m.**, before The Honorable William M. Hoeveler, 301 North Miami Avenue, 9th Floor, Miami, Florida.

DATED: July 9, 2001

By Order of the Court
Clarence Maddox, Clerk

By _____
Deputy Clerk

Copies to:
The Honorable William M. Hoeveler
Brian McCormick, AUSA (Ft. Laud.)
Pretrial Services

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33483

**SCANNED**