UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

The Honorable _William M. Hoeveler_, Presiding

UNITED STATES OF AMERICA

vs

_Guiseppe Bellitto_

CASE NO. _00-6309-Cr-Seitz_

FILED by _mat_ D.C.
JUL 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CHANGE OF PLEA

On _7-23-2001_ the above named defendant appeared in person before the **Honorable** _Wm M. Hoeveler_ with _Charles Wender_ counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that (he)/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) _2_ of the (indictment)/information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon

( ) The Court proceeded to pronounce sentence. (See J& C)
(✓) The Court postponed sentencing until _Sept 28, 2001 at 8:30am before Judge Seitz_
(✓) The Defendant was allowed to remain on present bond until time of sentencing.
( ) The Defendant was remanded to custody of the Marshal.
( ) The Defendant was remanded to the custody of the Marshal until bond in the amount of _____ is posted.

Deputy Clerk _Tarallo_  Court Reporter _Brynn Dockstader_
Asst. U.S. Attorney _Brian McCormick_
Defense Attorney _Charles Wender_