01 JUL 24 PM 12:34

CLERK, U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 006309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

V.

GOLD COAST CHECK CASHING INC.,

    Defendant.

_____/

### NOTICE OF COMPLIANCE WITH COURT ORDER

Notice is hereby given that Gold Coast Check Cashing, Inc. has complied with this Court's Order filed on July 11, 2001 requiring it, through its counsel, to deposit $20,000.00 previously held in the escrow account of counsel into the Court's registry. A copy of the receipt reflecting the deposit is attached.

    Respectfully submitted,

    HARRY M. SOLOMON, P.A.
    799 Brickell Plaza, Suite 606
    Miami, Florida 33131
    (305) 358-7400/ Fax (305) 358-7222

    HARRY M. SOLOMON
    Florida Bar No. 221511

HARRY M. SOLOMON, P.A.
SUITE 606
799 BRICKELL PLAZA
MIAMI, FLORIDA 33131
TEL. (305) 358-7400
FAX (305) 358-7222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Of Compliance With Court Order was mailed this 24 day of July 2001, to:

Bill Bekerleg, Jr., Esq.
The Office of the United States Attorney
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL   33394

HARRY M. SOLOMON

HARRY
M.
SOLOMON, P.A.
SUITE 606
799 BRICKELL PLAZA
MIAMI, FLORIDA 33131
TEL. (305) 358-7400
FAX (305) 358-7222

| | | |
|---|---|---|
| AO82 (Rev. 4/90) | **ORIGINAL**<br>**RECEIPT FOR PAYMENT**<br>**UNITED STATES DISTRICT COURT**<br>**for the**<br>**SOUTHERN DISTRICT OF FLORIDA** | **227591** |

at _Miami_

RECEIVED FROM _Harry M. Solomon_
_799 Brickell Plaza_
_Miami, FL 33131_
_USA vs John Mamone_

Fund _CKF 1203_

| Account | Amount |
|---|---|
| 6855XX Deposit Funds | 20,000.00 |
| 604700 Registry Funds | |
| General and Special Funds | |
| 508800 Immigration Fees | |
| 085000 Attorney Admission Fees | |
| 086900 Filing Fees | **TOTAL** 20,000.00 |
| 322340 Sale of Publications | |
| 322350 Copy Fees | Case Number or Other Reference |
| 322360 Miscellaneous Fees | 00-6309-CR-Seitz |
| 143500 Interest | |
| 322380 Recoveries of Court Costs | |
| 322386 Restitution to U.S. Government | |
| 121000 Conscience Fund | |
| 129900 Gifts | _Per Court Order_ |
| 504100 Crime Victims Fund | |
| 613300 Unclaimed Monies | |
| 510000 Civil Filing Fee (½) | _To be Invested_ |
| 510100 Registry Fee | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _07/23/20_ | Cash | Check ✓ | M.O. | Credit | DEPUTY CLERK _Hamill_