CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

SEP 2 8 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr ____ Date 9/28/01
Clerk H. Webb ____ Reporter D. Ehrlich
USPO S. Garcia ____ Interpreter No
USPTS ____

AUSA R. McCormick / ____ Def. Atty. C. Wheeler
D. Hernandez
United States of America v. Giuseppe Bellitto

Defendant(s): Present X ____ Not Present ____ In Custody No
Sentence 5 MOS
Supervised Release 3 years
Special Conditions of SR ① Home detention / EM 5 mos
② 300 hours comm service ③ self employment
restriction ④ financial disclosure
⑤ personal financial services at ∆'s cost.
Fine $ 20,000.00 ____ Special Assessment $ 100.°°
Advised of right to appeal Yes
Recommendations to BOP So Fla facility, so family
can visit

Misc. Self Surrender : ~~Nov 28, 2001~~ Jan 2, 2002

654