CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
OCT 1 1 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-cr          Date 10/10/01
Clerk L. Webb                Reporter D. Ehrlich
USPO ___                     Interpreter ___
USPTS ___

AUSA D. Fernandez / B. McCormick    Def. Atty. All As represented

United States of America v. Mormone

Defendant(s): Present ___    Not Present X    In Custody ___

Reason for Hearing Re Discovery Matters re SC Case

Results of Hearing Docs can be returned to Miami. Gov't needs time to get agents up there & back by 11/1/01. 3 weeks to do bates stamping. Approx. 110 boxes.
Judge Anderson in S.C., Anderson, SC. Gov't needs to retain some docs in SC re ancillary proceedings. Gov't to find

Misc. out if duplicates can be made & sent down.
Any expenses incurred there for w/o approval of Court is will not be paid. Gov't finds w/i 12 days Gov't to advise Court if there is an index of SC docs done by SC counsel.
Discovery conf between counsel set for next week.
PT motions extended to 11/19 – 3 new As only
Gov't's resp due by 12/7

689/t