UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

GUISEPPE BELLITTO,

_____/

FILED by _____ D.C.
NOV 8 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AMENDING
## ORDER OF JUDGMENT IN A CRIMINAL CASE

This Cause came before this Court upon notice from U.S. Probation that the Judgment in this matter should be amended to change a condition of Supervised Release. Upon review of the file and being otherwise fully advised, it is

ORDERED AND ADJUDGED that the Order of Judgment in a Criminal Case, entered September 28, 2001, is hereby AMENDED by striking the Special Condition requiring full time employment and adding the following Special Condition:

> The defendant shall obtain prior approval from the United States Probation Officer before entering into any self-employment.

It is further

ORDERED AND ADJUDGED that all other provisions of the Order of Judgment in a Criminal Case, entered September 28, 2001, shall remain in full force and effect.

DONE AND ORDERED in Miami, Florida this 7th day of November, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Charles Wender, Esq.
U.S. Marshal Service
Virginia Cataldo, USPO