NON-COMPLIANCE OF S.D. fla. L.R. 5·1.A2 5·1.13.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 - CR - SEITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**GUISEPPE BELLITTO,**

    Defendant.

=============================<>



## MOTION FOR PERMISSION TO TRAVEL

**PLEASE TAKE NOTICE** that Defendant GUISEPPE BELLITTO respectfully requests permission to travel to the Orlando area with his family for the period of November 29th through December 3, 2001. The U. S. Government, represented by Assistant U.S. Attorney, BRIAN McCORMICK, does not oppose said motion, and it is requested that such relief be granted.

Respectfully submitted,

CHARLES WENDER
Attorney-at-Law, Chartered
190 West Palmetto Park Road
Boca Raton, Florida 33432
    (561) 368-7004

By: _____
Charles Wender, Esquire
Florida Bar No. 246271

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or facsimile to J. Brian McCormick, AUSA, United States Attorney's Office, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and Joan Balis, Case Supervisor, Pre-Trial Services, Second Floor, U.S. Federal Building, 701 Clematis Street, West Palm Beach, FL 33401, on this 12 day of November, 2001.

By: _____
Charles Wender, Esquire