UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

GUISEPPE BELLITTO,

_____/



## ORDER DENYING MOTION FOR PERMISSION TO TRAVEL

This matter came before the Court on Defendant Bellitto's Motion for Permission to Travel. The motion does not reflect consultation with U.S. Pretrial Services concerning Defendant's travel, and there is no proposed order attached. Therefore, it is

ORDERED that Defendant's Motion for Permission to Travel is DENIED, without prejudice.

DONE AND ORDERED in Miami, Florida this 26rc day of November, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Charles Wender, Esq.
Joan Balis, USPTS (West Palm Beach)

