UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 - CR - SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUISEPPE BELLITTO,

    Defendant.
================================<>

NIGHT BOX FILED
NOV 28 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## RENEWED MOTION FOR PERMISSION TO TRAVEL

**PLEASE TAKE NOTICE** that Defendant GUISEPPE BELLITTO respectfully requests permission to travel to the Orlando area with his family for the period of December 13th through December 17, 2001. The U. S. Government, represented by Assistant U.S. Attorney, BRIAN McCORMICK, and Joan Balis, Case Supervisor, U.S. Pre-Trial Services, have both been consulted and do not oppose said motion, and it is requested that such relief be granted.

Respectfully submitted,

CHARLES WENDER
Attorney-at-Law, Chartered
190 West Palmetto Park Road
Boca Raton, Florida 33432
(561) 368-7004

By: _____
Charles Wender, Esquire
Florida Bar No. 246271

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or facsimile to J. Brian McCormick, AUSA, United States Attorney's Office, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and Joan Balis, Case Supervisor, Pre-Trial Services, Second Floor, U.S. Federal Building, 701 Clematis Street, West Palm Beach, FL 33401, on this 28th day of November, 2001.

By: _____
Charles Wender, Esquire