UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 - CR - SEITZ

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**GUISEPPE BELLITTO,**
    Defendant.
==============================<>



## ORDER GRANTING PERMISSION FOR DEFENDANT TO TRAVEL

**THIS MATTER**, having come on before the Court on Defendant GUISEPPE BELLITTO's motion to travel to the Orlando area with his family for a few days, and the U.S. Government not opposing said application and, after due and proper consideration, it is hereby

**ORDERED** that the Defendant's motion is <u>granted</u>, and he shall be permitted to travel to the Orlando area (Middle District of Florida) for the period of December 13th through December 17, 2001.

**DONE and ORDERED** in Chambers at Miami, Florida, on this ____ day of November, 2001.

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

_____
PATRICIA A. SEITZ
U.S. DISTRICT JUDGE

Copies Furnished To:

CHARLES WENDER, Attorney-at-Law, Chartered, 190 West Palmetto Park Road, Boca Raton, Florida 33432

J. Brian McCormick, AUSA, United States Attorney's Office, Southern District of Florida, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394

Joan Balis, Case Supervisor, Pre-Trial Services, Second Floor, U.S. Federal Building, 701 Clematis Street, West Palm Beach, FL 33401