1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         Case No. 00-6309-CR-PAS

   v.                            MIAMI, FLORIDA
                                September 28, 2001
                                VOLUME I
                                PAGES 1 TO 18

GIUSEPPE BELLITTO

SENTENCE HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

FILED by _____ D.C.
APPEAL
JAN 2 8 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

APPEARANCES:

FOR THE GOVERNMENT:

        BRIAN MC CORMICK, ESQ.
        DIANA FERNANDEZ, ESQ.
        Assistant United States Attorneys
        500 E. Broward Boulevard  - 7th Floor
        Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

        CHARLES WENDER, ESQ.
        190 W. Palmetto Park Road
        Boca Raton, FL 33432

REPORTED BY:    DAVID S. EHRLICH, RPR
        Official Court Reporter
        301 N. Miami, Room 504
        Miami, Florida 33128-7788
        (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).