UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

GIUSEPPE BELLITO,
_____/

FILED by ___ D.C.
APR 1 0 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

This matter came before the Court on letters received from Tim Morell, Esq. and Andrea Agosta regarding Defendant's pending deportation hearing. The Court having reviewed the letters and being otherwise fully advised, it is

ORDERED that counsel for the Government and Defendant shall determine the facts regarding the deportation hearing and advise the Court on or before **April 26, 2002**, what, if any, legal authority the Court has to take any action and, if such authority exists, what is the proper action.

DONE AND ORDERED in Miami, Florida this 10th day of April, 2002.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Charles Wender, Esq., 190 W. Palmetto Park Rd., Boca Raton, FL 33432

# TIM MORELL
**Attorney at Law**
Palm Beach (561) 586-1241
E-Mail: Tim_Morell@LegalSearch.cc

**Civil Trial Practice**  
**Arbitration/Mediation**  
**e-Commerce & Computer Law**  
**web-development**

**Please Reply to:**  
1933 Tom-A-Toe Road  
Lantana, FL 33426  
FAX: (561) 586-6871

April 4, 2002

Honorable Patricia A. Seitz,  
United States District Judge  
301 N. Miami, United States Courthouse,  
Miami, Florida 33128-7788

In re: Sentencing Hearing September 28, 2001 (case captioned below)

> IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
> CASE NUMBER: 00-6309-CR-PAS
>
> UNITED STATES OF AMERICA
>
> vs.
> GIUSEPPE BELLITO,
>      Defendant
> _____/

Dear Judge Seitz:

Please help Joe Bellito. On September 28, 2001 you fashioned a sentence that INS will use to permanently deport Joe. I've read and reviewed the pre-sentencing discussion you had with Joe and your comments about how you expected Joe to be able to resume his family responsibilities upon completion of his sentence. Apparently nobody thought about Joe being eligible for deportation if you set his fine at $20,000.00 instead of the minimum you mentioned of $2000.00.

Please excuse me for not introducing myself at the outset–I am a civil trial lawyer who has worked on helping Joe's fiancee recover pension proceeds from an old divorce case. I have also advised Joe from time to time on matters such as real estate closings. In any event, I have gotten to know Joe and his family and was horrified to hear what became of him after he left your court.

As I said, I read your thoughtful comments from the sentencing hearing. You carefully took into consideration that Joe plays a vital role in his family life–for one example, you saw that Joe takes care of his elderly parents. Joe's parents don't speak English, and without his help they cannot travel or take care of buying even modest groceries. Joe does that.

You also noted that Joe is a supportive father and is helping his two children finish school and get on their feet as young adults. And, although I did not see anything about his relationship with his fiancee, Andrea Agosta, I know Joe and Andrea as a couple and have seen for myself how hard she has taken Joe's absence and now the threat of losing their home and of losing him forever–at least if she wants to stay near her family and live in this country.

Your words on September 28 were filled with learned respect for justice and society as well as mercy and compassion for Joe and his family. You made a point to remember the need to fashion an appropriate sentence while:

> ... at the same time assist[ing Joe] in making sure that what is in the past is[his] past life, and that as[he goes] forward from this day [he] will truly be a changed person that everyday gives thanks for the gifts that [he has] been given, and the talents that [he has], in the love that [he has] of [his] family, things that cannot be bought, and how do[es he] use those talents to be what [ he was] created to be and do in[his] life on this earth.

Clearly I'm in no position to undo the past. And I'm not going to try to second guess Joe's criminal defense lawyer on why he failed to take into account the possibility that Joe's plea and your sentence could trigger an INS intervention. I don't know all the circumstances of Joe's criminal case and don't know why he was charged with any crime, much less why he couldn't have had his matter separated out from the other defendants who apparently were involved in much more serious matters. Maybe if any of those matters were handled differently Joe wouldn't be in the fix he is in now.

But from what I can see and know of the actual record and what you tried to do, you tried to do the right thing. Your comments clearly show that you saw Joe being able to come home to his family and to contribute to his community in a meaningful way. If you had known or were advised that the government would immediately begin deportation proceedings based on whether you gave the minimum or the maximum sentences that were within your discretion, it is clear from the record you would not have ordered Joe taken more than 1000 miles away to face deportation. (To illustrate that I note that you agreed to recommend that Joe be kept in South Florida so that his family could visit him).

I conclude as I began: Please help Joe Bellito. It is within your power to revisit this matter and to see to it that what you tried to do in fashioning an appropriate sentence is actually carried out rather than twisted into a grotesque infliction of cruelty and hardship for Joe and his family.

Sincerely and respectfully,

Tim Morell
Fla. Bar No: 0382558
561-586-1241

### *Giuseppe Bellitto and Andrea Agosta*

### *11637 Kensington Court*

### *Boca Raton, FL. 33067*

Dear Judge Seitz:

I am writing to you on behalf of Giuseppe (Joe) Bellitto, our family and me. I have written to you before and frankly, I do not know if you ever saw the letter. Joe came before you on September 28, 2001. The attorney was Charles Wender. I am sure you see so many cases that it is impossible for you to remember all of them, so I will try refresh you memory. He came before you on one count of owning an illegal gambling establishment. You were very precise and kind in the way you spoke to Joe, but now this thing has gotten way out of control and I desperately need to let you know in the event that there is anything you can do.
It is about time I tell what has been going on, because it seems that on the advise of Counsel, everything has gone wrong. First of all, let me explain that what Joe was arrested on he had absolutely nothing to do with, he is not a threat to society and has done nothing that would make him a threat to society. I am not making excuses for him and if you knew me, you would know that I am very grounded and I make excuses for no one. Joe did not have dirty money, we bought our house with the state lotto, plain and simple. When the lawyer came and suggested he take a plea to owning this gambling est. I said but he doesn't own one so why should plea to that. I asked if they were talking about the Caffe'.
Joe used to own an Italian Caffe' and the men did and still do play cards there, it is still the there, it has had many owners besides Joe and no one has shut them done, so how bad could it be? When Joe had it . the place was always clean. Even the police came in for cappuccino or espresso. But at time of his arrest he didn't even own the place. He had nothing to do with it by then. The attorney assured me and Joe that by doing the plea, they would "walk him through it, he will get probation, some house arrest and he could look at some jail time, but I doubt it". He NEVER told us about a point system and when I asked about the I.N.S. he told us that although he had some concerns he doubted Immigration would get involved. WRONG! The plea he took and the sentencing made him deportable. They took him out of Miami after only 2 weeks. Never got to see any of us and not even his lawyer. He was sent to Oklahoma and is now in LA. waiting on a bond hearing and it is a good possibility he will not get bonded out and out he goes. This will kill his father!
I have been with Joe for almost 7 years. He is absolutely the love of my life. Why this relationship was not brought to your attention I have no idea. I was not there, in fact no one was there on advise of council. He said it was not needed, he would be in and out. I had worked for Parkland Public safety for 6 years, helping kids, doing traffic and crossing guard. I brought the Frat. Order of Police Assoc. To my city and was President for 5 years and sec. for 2. I was the Mayoral appointee for The Charter and Ordinance Review Board for 5 years and Chaired it for 3 years and Vice Chaired it for 2. I can go on but I think you get the picture. I have also been a hairdresser for thirty years but unfortunately an accident let me with disabilities that are quite difficult for me without Joe. He is always there for me and takes care of me when I have problems doing it myself.
Yes Joe does have some looseness when it comes to money and I am the saver, he is a very responsible man and he doesn't take that lightly. In fact it has taken me a long time to get him to loosen up a little. I have 2 kids, a girl Shayna 21 and a son Michael 24. Joe's kids are now 22 and 24, Stephanie and Vinnie. He raised them all by himself from the time they were 9 and 10 till I came along. Joe is a responsible man. . He is willing to serve out his time but deportation is a punishment that far out exceeds the crime. The lawyer obviously didn't know that by making Joe take that plea it would make him an "aggravated felon". This is terrible. Joe never hurt anyone in his life.
This cannot be justice! From everything I read on that transcript it was your wish that Joe do

his time and come back to his family and live a good and productive life. That is exactly what we wanted. We are engaged and planned to be married this year. We put it off because of personal matters. First my father died, then his parents got sick and he had to care for them, then my mom got sick and I had to go stay there and then she passed and so on. It was never the right time. I am a messianic Jew. We go to Calvary Chapel in Ft. Lauderdale. I have been to prayer partners about this and I do believe God is bigger than all of this but I feel He also wants me to do what ever I can to try and fix this travesty and this tragedy. Joe has made some mistakes in his life but nothing that would warrant being taken away from us. This is crazy! Your Honor, you were very fair with the information you had to go on, and it warms my heart that you took the time to talk to him the way you did. Joe has been working since he was 11 years old. He never had the opportunity to have a formal education. All he has learned, including 5 languages, he taught himself. He opened his first pizza place at 16 and ½, and it was a big success! He has owned many businesses since than, including a five star restaurant in Boca Raton, that he built with his own two hands!

Your honor, this is NOT a bad man. He is a man though and has made his share of mistakes as we all have. So, I don't know if there is anything you can do or would want to do but the judge that Joe will see in LA. will hold his whole life in her hands and she also does not know him or know all the facts, just what she reads. Her name is Judge Reese. She is an Immigration Judge. Maybe if you can go over the transcript from that day you will remember Joe and the case and find it in you heart to write to this judge and tell her that it was never your intention for him to get sent away and out of this country. From all that I read it certainly doesn't seem that way to me. I love this man and so do our kids, all 4 of them and all our friends that wrote beautiful letters for him that you never got to see, and the rest of his family, siblings and nieces and nephews. His parents need him, and so do I.

Thank you for reading this letter. I pray something good will come from this.

Yours truly,

Andrea Joy Agosta
561-852-3955
iamajoy1969@aol.com