UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

Plaintiff,

V.

GIUSEPPE BELLITTO,

Defendant.
_____/

GOVERNMENT'S RESPONSE TO THIS COURT'S ORDER DATED APRIL 10, 2002

The United States, through its undersigned attorney, files its response to this Court's Order of April 10, 2002, directing the United States to provide the Court with legal authority concerning the Court's legal ability to modify the sentence of defendant Giuseppe Bellitto.

Defendant Bellitto was sentenced on September 28, 2001. Thereafter, an attorney, who does not represent defendant Bellitto in the criminal case, sent a letter to the Court requesting the Court to modify its sentence in such a manner as to allow defendant Bellitto to remain in the United States and not be deported. This Court lacks jurisdiction to modify defendant Bellitto's sentence. See United States v. Morrison, 204 F.3d 1091, 1092 (11th Cir. 2000).

The only legal basis to modify a sentence after it has been imposed is found in Rule 35(c) of the Federal Rules of Criminal Procedure. This Rule provides that, "[t]he court, acting within 7

days after the imposition of sentence, may correct a sentence that is imposed as a result of arithmetical, technical or other clear error." After the expiration of this seven-day period the Court loses jurisdiction. In United States v. Morrison, 204 F.3d at 1091, the Eleventh Circuit ruled that "the seven-day limitation contained in Rule 35(c) is jurisdictional." This view is held by other circuits as well. See United States v. Abreu-Cabrera, 64 F.3d 67, 73-74 (2d Cir. 1995) (collecting cases). See also United States v. Adonzio, 442 U.S. 178 (1979)(time period in a prior version of Rule 35 was jurisdictional).

As previously noted, defendant Bellitto was sentenced on September 28, 2001. Consequently, more than seven days have elapsed since defendant Bellitto was sentenced. Thus, the Court lacks jurisdiction to modify the defendant's sentence.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ J. Brian McCormick
J. BRIAN McCORMICK
A550081
ASSISTANT UNITED STATES ATTORNEY
Court ID #A5500209
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7230

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on May 1, 2001 to: Charles Wender, Esq., 190 W. Palmetto Park Rd., Boca Raton, FL 33432.

_____
J. BRIAN McCORMICK
ASSISTANT UNITED STATE ATTORNEY