UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

GUISEPPE BELLITTO,

_____/



FILED by _____ D.C.

SEP 2 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER MODIFYING TERMS OF SUPERVISED RELEASE

This matter came before the Court on Defendant's Motion to Terminate Supervised Release.

The Court having considered the Motion and being otherwise fully advised, it is

ORDERED that the Motion to Terminate Supervised Release is DENIED. It is further

ORDERED that the term of supervised release is hereby MODIFIED as follows:

> Should the defendant be deported, the term of supervised release shall be non-reporting while the defendant is residing outside the United States. If the defendant reenters the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of his arrival and resume monthly reporting.

It is further

ORDERED that all other provisions of supervised release shall remain in effect.

DONE AND ORDERED in Miami, Florida this 23rd day of September, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Charles Wender, Esq.
U.S. Probation